# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PATRICIA M SKELLY

    VS                                    CASE NO.  3:08cv428-MCR/MD

OKALOOSA COUNTY BOARD OF COUNTY
COMMISSIONERS

## REFERRAL AND ORDER

Referred to Judge Rodgers on 02/20/2009
Type of Motion/Pleading MOTION FOR EXTENSION OF TIME TO FILE RULE 26(a)(2) DISCLOSURES (TO APRIL 9, 2009)
Filed by: DEFENDANTS'       on 2/7/09      Doc. No. 27
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
PLAINTIFF                  on 2/19/09      Doc. No. 32
                           on              Doc. No.
WILLIAM M. McCOOL, CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 25th day of February, 2009, that:

    The requested relief is GRANTED.

        *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**