## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PATRICIA M. SKELLY

    VS                                CASE NO. 3:08cv528-MCR/EMT

OKALOOSA COUNTY, FLORIDA
BOARD OF COUNTY
COMMISSIONERS, et al.

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on April 8, 2009

Motion/Pleadings: UNOPPOSED MOTION For Leave Of Court To Conduct Medical Examination Of Plaintiff And Leave Of Court To Extend Time For Report Of Medical Expert...

Filed by defendants    on 4/7/2009    Doc.# 40

RESPONSES:

    on    Doc.#
    on    Doc.#

_____ Stipulated    _____ Joint Pldg.
__X__ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*

LC (1 OR 2)    Deputy Clerk

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of April, 2009, that:*

*The relief requested is GRANTED.*

/s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.