UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA M. SKELLY

    Plaintiff,

v.                                            Case No.: 3:08-cv-428-MCR/MD

OKALOOSA COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS, in its
Official capacity; NOLAN HAYNES,
In his individual capacity; DENNIS FIELDS, in
His individual capacity,

    Defendants.
_____/

## REPORT OF MEDIATOR

COMES now the undersigned and notifies the Court that a mediation conference was held in this matter on March 26, 2009. The result of the mediation was as follows: Impasse

Dated: April 16, 2009

_____
Brian H. Kirkland
**KIRKLAND & McGHEE, P.A.**
3000 Langley Avenue, Ste. 302
Post Office Box 11638
Pensacola, Florida 32524
Telephone: (850) 332-6120
Fax Number: (850) 332-6440
Florida Bar Number: 0946941
Mediator Certification Number: 15343R

cc:    Robert Bleach, Esq.
        Larry A. Matthews, Esq.