**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PATRICIA M SKELLY

    VS                                                    CASE NO.  3:08cv428-MCR/MD

OKALOOSA COUNTY BOARD OF COUNTY
COMMISSIONERS, et al.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on <u>04/21/2009</u>
Type of Motion/Pleading <u>STIPULATION FOR SUBSTITUTION OF COUNSEL</u>
Filed by: <u>ANDREW DAYES attorney</u> on <u>4/21/09</u>  Doc. No. <u>49</u>
       <u>for DEFENDANTS</u>
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                         on _____ Doc. No. _____
                                         on _____ Doc. No. _____
                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         <u>*/s/Donna Bajzik*</u>
                                         Deputy Clerk: Donna Bajzik

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 22nd day of April, 2009, that:

    The requested relief is GRANTED.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**