IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA M. SKELLY,

    Plaintiff,

v.                                              Case No.: 3:08CV428/MCR/MD

OKALOOSA COUNTY,
FLORIDA BOARD OF COUNTY
COMMISSIONERS, in its official
capacity; NOLAN HAYNES,
in his individual capacity;
DENNIS FIELDS, in his individual
capacity,

    Defendants.
_____/

**UNOPPOSED MOTION FOR LEAVE OF COURT TO
EXTEND TIME FOR DISCOVERY AND LEAVE OF
COURT TO EXTEND TIME FOR DISPOSITIVE MOTIONS**

    Defendants, OKALOOSA COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, NOLAN HAYNES and DENNIS FIELDS, move for leave of court to extend the discovery and potentially dispositive motions deadlines set forth in its Final Scheduling and Trial Order and Mediation Referral (Doc. #12), showing good cause for this request as follows:

    1.    Plaintiff, PATRICIA SKELLY's three (3) count Complaint, which includes a claim for excessive use of force, as well as alternatively pled state law-based battery claims, stems from her March 27, 2005 arrest by the Valparaiso Police Department.

2. That in its Final Scheduling and Trial Order and Mediation Referral, the Court set forth, *inter alia*, deadlines for discovery (May 1, 2009) and potentially dispositive motions (twenty (20) days after the close of discovery) (Doc. #12). The Order also set trial of this matter to occur during two-week trial period commencing on November 16, 2009 (Doc. #12).

3. That Defendants sought to accommodate Plaintiff, who resides in Vermont, by agreeing to schedule Plaintiff's deposition for the day prior to the mediation, as a courtesy to allow her to forego making two (2) separate trips from her residence to Florida for her deposition and the subsequent mediation.

4. As such, Plaintiff, PATRICIA SKELLY was deposed on March 25, 2009.

5. Mediation was subsequently held on March 26, 2009, but was continued (Doc. #41) and finally impassed when the parties failed to reach a settlement (Doc. #48).

6. Both parties made efforts to avoid the cost of numerous depositions while good faith settlement negotiations were taking place (which extended well beyond the mediation date), as it was believed that these costs may affect the ability of the parties to resolve this matter. Unfortunately, even without these added costs, the parties were unable to reach a settlement, and the time it took to ultimately reach an impasse placed the parties in a position where discovery could not be completed by the May 1, 2009 deadline.

7. Additionally, the undersigned filed a Stipulation for Substitution of Counsel (Doc. #49), and the relief requested therein was granted by the Court (Doc. #50). Further,

as of the time of this filing, the undersigned is not in possession of Defendants' complete file for this matter; as such, the undersigned has not been afforded an opportunity to review discovery disclosures made by either Plaintiff or Defendants. Nevertheless, following a review of materials currently available to the undersigned, it is clear that Defendants will need to conduct the following discovery depositions in preparation for their dispositive motions and trial of this cause, at a minimum:

      a. Jitendra Patel;
      b. Alan Rateliff;
      c. Valparaiso Police Officer Aimanovich;
      d. Faith Tryon; and
      e. Two (2) to three (3) unknown staff members of the North Okaloosa Medical Center.

8. Also, Plaintiff's counsel has requested the following discovery depositions in preparation for trial of this cause:

      a. Defendant, NOLAN HAYES;
      b. Defendant, DENNIS FIELDS;
      c. Eddie Wells;
      d. Robert Andrus;
      e. Tracy Minor;
      f. Patricia Mabou;
      g. Larry Caskey;
      h. Paul Lawson;
      i. Larry Matthews; and
      j. Three (3) separate Federal Rules of Civil Procedure, Rule 30(b)(6) witnesses.

9. While counsel for the parties do not believe that the aforementioned discovery can be accomplished before the May 1, 2009 discovery deadline, counsel for the parties maintain a good faith belief that said discovery can be accomplished prior to June 1, 2009.

10. Moreover, counsel for both parties do not believe that the extension of the discovery deadline and the deadline for filing potentially dispositive motions will not prohibit this cause from being tried on the current trial schedule.

11. The undersigned consulted with counsel for Plaintiff and he is in agreement with extension of the discovery deadline and corresponding potential dispositive motions deadline as stated herein.

WHEREFORE, Defendants respectfully request leave of court to extend the current discovery deadline of May 1, 2009 to June 1, 2009, and the corresponding deadline for filing potentially dispositive motions to twenty (20) days after the June 1, 2009 close of discovery.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), Defendants' counsel certifies that he has conferred with Plaintiff's counsel and Plaintiff's counsel is agreed to relief sought in the instant motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Robert T. Bleach, Esquire, Soloway Law Firm, 1013 Airport Blvd., Pensacola, FL 32504 and Ginger L. Barry, Esquire, Broad and Cassel, 20 Grand Boulevard, Suite 205A, Destin, FL 32550 via. electronic filing this 24th day of April, 2009.

                                                        s/ Andrew I. Dayes
                                                       ANDREW I. DAYES, ESQUIRE
                                                       Florida Bar No.: 0619116
                                                       Roper & Roper, P.A.
                                                       116 N. Park Avenue
                                                       Apopka, FL 32703
                                                       (407) 884-9944 Telephone
                                                       (407) 884-4343 Facsimile
                                                       Email: ddayes@roperandroper.com
                                                                         email@roperandroper.com
                                                       Attorneys for Defendants

AID:ddc