# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PATRICIA M SKELLY

    VS                                                              CASE NO.  3:08cv428-MCR/MD

OKALOOSA COUNTY BOARD OF COUNTY
COMMISSIONERS, ET AL.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 05/04/2009
Type of Motion/Pleading MOTION FOR LEAVE OF COURT TO EXTEND TIME FOR DISCOVERY AND LEAVE OF COURT TO EXTEND TIME FOR DISPOSITIVE MOTIONS (Discovery to 6/1/2009 and Dispositive Motions 20 days after)
Filed by: DEFENDANTS'              on 4/24/09       Doc. No. 51
( X ) Consented
RESPONSES:
                                           on                Doc. No.
                                           on                Doc. No.
                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           */s/Donna Bajzik*
                                           Deputy Clerk: Donna Bajzik

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2009, that:

     The requested relief is GRANTED.


                                             s/ *M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**