*FLN (Rev. 4/2004) Deficiency Order*  *Page 1 of 1*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PATRICIA M. SKELLY

    vs                          Case No. 3:08cv428/MCR/MD

OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.

**O R D E R**

Defendants' OKALOOSA COUNTY; NOLAN HAYNES, DENNIS FIELDS, **"...MOTION FOR FINAL SUMMARY JUDGMENT..." (docs 70, 71) and "NOTICES OF FILING" (docs 72-88)**, **electronically filed 6/22/2009**, were referred to the undersigned with the following deficiencies:

> Any motion for summary judgment filed pursuant to Fed.R.Civ.P. 56 [or Fed. R. Civ.P. 12(b)(6) which requires reference to matters outside the pleading] **shall be accompanied by a separate, short and concise statement of the material facts** as to which the moving party contends there is no genuine issue to be tried. Failure to submit such a statement constitutes grounds for denial of the motion.
>
> The document does not conform to N.D. Fla. Loc. R. 26.2(A) regarding the submission of discovery.

For these reasons, IT IS ORDERED that:

> The documents shall remain in the electronic file, but the court will not consider them until you have corrected the above deficiencies through the filing of corrected documents. The documents are denied without prejudice with leave given to refile after correction.

**DONE and ORDERED** this 23rd day of June, 2009.

                                     *s/ M. Casey Rodgers*
                                     **M. CASEY RODGERS**
                                     **UNITED STATES DISTRICT JUDGE**