**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PATRICIA M. SKELLY,

    Plaintiff,

vs.                                    CASE NO.: 3:08cv428/MCR/MD

OKALOOSA COUNTY, FLORIDA BOARD
OF COUNTY COMMISSIONERS, in its
official capacity, NOLAN HAYNES, in his
individual capacity, and DENNIS FIELDS,
in his individual capacity,

    Defendants.
                                              /

**O R D E R**

This matter is presently scheduled on the court's trial docket commencing November 16, 2009. The court notes that two separate motions for summary judgment are pending in this matter. Due to conflicting matters on the court's calendar and the pending dispositive motions, the trial in this case will be continued from the current docket date and will be rescheduled by separate order following the court's ruling on the pending motions. Accordingly, it is

ORDERED:

The trial in this case is hereby continued from trial docket commencing November 16, 2009, and will be rescheduled by separate order following the court's ruling on the pending dispositive motion.

**DONE and ORDERED** on this 31st day of August, 2009.

                                              *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**