IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA PENSACOLA DIVISION

PATRICIA M. SKELLY

        Plaintiff,               Case No.: 3:08-cv-428-MCR/MD

v.

OKALOOSA COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS, in its
official capacity; NOLAN HAYNES,
in his individual capacity; DENNIS FIELDS, in
his individual capacity;

        Defendants,
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Daniel M. Soloway, Esq. of the law firm of Soloway Law Firm, enters his appearance as co-counsel of record for the Plaintiff, PATRICIA M. SKELLY.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Roper & Roper, P.A., 116 N. Park Avenue Apopka, FL 32703 via electronic filing this 15th day of January, 2010.

        /s/ Daniel M. Soloway
        Daniel M. Soloway
        Fla. Bar No. 508942
        Soloway Law Firm
        1013 Airport Boulevard
        Pensacola, FL 32504
        (850) 471-3300 (T)
        (850) 471-3392 (F)
        Attorney for Plaintiff