UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA M SKELLY

    VS                                                                                              CASE NO.  3:08cv428-MCR/MD

OKALOOSA COUNTY, FLORIDA  BOARD
OF COUNTY COMMISSIONERS,
in its official capacity; NOLAN HAYNES,
in his individual capacity; DENNIS FIELDS,
in his individual capacity,

## JUDGMENT

     This action came before the Court with the Honorable M. Casey Rodgers presiding. The issues have been heard and a decision has been rendered.

     Judgment is in favor of Defendants NOLAN HAYNES and DENNIS FIELDS and the OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS and against the Plaintiff PATRICIA M. SKELLY on the Plaintiff's claims against each defendant respectively.

                                                  WILLIAM M. McCOOL, CLERK OF COURT

 March 23, 2010                              /s/ *Donna Bajzik*
DATE                                                    Deputy Clerk: Donna Bajzik