AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| PATRICIA M. SKELLY | ) | |
| | ) | |
| v. | ) | Case No.: 3:08CV428/MCR/MD |
| OKALOOSA COUNTY, FLORIDA BOARD OF | ) | |
| COUNTY COMMISSIONERS, ETC. ET AL. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/23/2010___ against ___Plaintiff___,
                                                                            Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 806.75 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 3,644.10 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL   $ | 4,490.85 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]   Electronic service              [ ]   First class mail, postage prepaid

[ ]   Other:

   s/ Attorney:   Donovan A. Roper

   Name of Attorney:  Donovan A. Roper, Esquire, 116 N. Park Avenue, Apopka, FL 32703

For:                          Defendants                                    Date:   04/05/2010
                          *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                          By: _____
_____            _____            _____
   *Clerk of Court*                      *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Karen Moye<br>Crestview, FL | 1 | 10.00 | | | | | $10.00 |
| Jitendra Patel<br>Valparaiso, FL | 1 | 10.00 | | | | | $10.00 |
| Teresa Ann White<br>Crestview, FL | 1 | 10.00 | | | | | $10.00 |
| Alan Ratcliff<br>Valparaiso, FL | 1 | 10.00 | | | | | $10.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Composite Attachment "A"

## FEES FOR SERVICES OF SUMMONS AND SUBPOENA

| DATE PAID | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/5/09 | Eagle Legal Services | inv. 2009005380 for service of Subpoena for Deposition upon Karen Moye | $150.00 |
| 6/5/09 | Eagle Legal Services | inv. 2009005378 for service of Subpoena for Deposition upon Jitendra Patel | $150.00 |
| 6/5/09 | Eagle Legal Services | inv. 2009005379 for service of Subpoena for Deposition upon Teresa Ann White | $150.00 |
| 6/5/09 | Eagle Legal Services | inv. 2009005377 for service of Subpoena for Deposition upon Alan Ratcliff | $356.75 |
| | | **T O T A L** | **$806.75** |

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

# INVOICE



Invoice #2009005380
6/5/2009

Andrew I. Dayes, Esq
ROPER & ROPER
116 North Park Avenue
Apopka, FL 32703

Reference Number: SKELLY v OKALOOSA COUNTY FLORIDA

**Case Number:  3:08-CA-428/MRC/MD**

Plaintiff:
**PATRICIA M. SKELLY**

Defendant:
**OKALOOSA COUNTY FLORIDA BOARD OF COUNTY COMMISSIONERS, in its official capacity; NOLAN NAYNES, in his individual capacity, DENNIS FIELDS, in his individual capacity**

Received: 5/21/2009   Served: 5/22/2009 11:07 am .CORPORATE
To be served on: KAREN MOYE c/o STEPHANIE SHEA, RISK MANAGER; N. OKALOOSA MEDICAL CENTER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Crestview) | 1.00 | 75.00 | 75.00 |
| Rush Fee (Crestview) | 1.00 | 75.00 | 75.00 |
| Witness Fee | 1.00 | 10.00 | 10.00 |
| Check Fee | 1.00 | 2.00 | 2.00 |
| TOTAL CHARGED: | | | $162.00 |

**BALANCE DUE:**                                                    $162.00

OK P3Pq.
DF
6/11/09

Please make check payable to - EAGLE LEGAL SERVICES.  LATE PAYMENT POLICY -

$5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3k

**EAGLE LEGAL SERVICES**
**424 E. Central Blvd.**
**#337**
**Orlando, FL 32801**
**Phone: (407) 857-8380**
**Fax: (407) 251-9274**
**20-4853290**

# INVOICE



Invoice #2009005378
6/5/2009

Andrew I. Dayes, Esq
ROPER & ROPER
116 North Park Avenue
Apopka, FL 32703

Reference Number: SKELLY v OKALOOSA COUNTY FLORIDA

**Case Number:  3:08-CA-428/MRC/MD**

Plaintiff:
**PATRICIA M. SKELLY**

Defendant:
**OKALOOSA COUNTY FLORIDA BOARD OF COUNTY COMMISSIONERS, in its official capacity; NOLAN
NAYNES, in his individual capacity, DENNIS FIELDS, in his individual capacity**

Received: 5/21/2009   Served: 5/22/2009 10:20 am  .INDIVIDUAL/PERSONAL
To be served on: JITENDRA PATEL c/o BUDGET INN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Valparaiso) | 1.00 | 75.00 | 75.00 |
| Rush Fee (Valparaiso) | 1.00 | 75.00 | 75.00 |
| Witness Fee | 1.00 | 10.00 | 10.00 |
| Check Fee | 1.00 | 2.00 | 2.00 |
| TOTAL CHARGED: | | | $162.00 |

**BALANCE DUE:** $162.00

*OK - P'3 pay - The DR*
*6/11/09*

Please make check payable to - EAGLE LEGAL SERVICES. . LATE PAYMENT POLICY -

$5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3k

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

# INVOICE



Invoice #2009005379
6/5/2009

Andrew I. Dayes, Esq
ROPER & ROPER
116 North Park Avenue
Apopka, FL 32703

Reference Number: SKELLY v OKALOOSA COUNTY FLORIDA

**Case Number: 3:08-CA-428/MRC/MD**

Plaintiff:
**PATRICIA M. SKELLY**

Defendant:
**OKALOOSA COUNTY FLORIDA BOARD OF COUNTY COMMISSIONERS, in its official capacity; NOLAN NAYNES, in his individual capacity, DENNIS FIELDS, in his individual capacity**

Received: 5/21/2009   Served: 5/22/2009 10:45 am  .SUBSTITUTE - RESIDENTIAL
To be served on: TERESA ANN WHITE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Crestview) | 1.00 | 75.00 | 75.00 |
| Rush Fee (Crestview) | 1.00 | 75.00 | 75.00 |
| Witness Fee | 1.00 | 10.00 | 10.00 |
| Check Fee | 1.00 | 2.00 | 2.00 |
| TOTAL CHARGED: | | | $162.00 |

**BALANCE DUE:**                                                    $162.00

OK - P3 pay
DR.
6/11/09

Please make check payable to - EAGLE LEGAL SERVICES. ▬▬▬▬▬▬ LATE PAYMENT POLICY -

$5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3k

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

# INVOICE



Invoice #2009005377
6/5/2009

Andrew I. Dayes, Esq
ROPER & ROPER
116 North Park Avenue
Apopka, FL 32703

Reference Number: SKELLY v OKALOOSA COUNTY FLORIDA

**Case Number:  3:08-CA-428/MRC/MD**

Plaintiff:
**PATRICIA M. SKELLY**

Defendant:
**OKALOOSA COUNTY FLORIDA BOARD OF COUNTY COMMISSIONERS, in its official capacity; NOLAN NAYNES, in his individual capacity, DENNIS FIELDS, in his individual capacity**

Received: 5/21/2009    Served: 5/26/2009 8:30 am  .INDIVIDUAL/PERSONAL
To be served on: ALAN RATCLIFF c/o VALPARAISO POLICE DEPARTMENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Valparaiso) | 1.00 | 75.00 | 75.00 |
| Rush Fee (Valparaiso) | 1.00 | 75.00 | 75.00 |
| Witness Fee | 1.00 | 10.00 | 10.00 |
| Check Fee | 1.00 | 2.00 | 2.00 |
| Shipping Fee (FedEx 1st Overnight - Rush) | 1.00 | 56.75 | 56.75 |
| Additional Address (Statewide) | 1.00 | 75.00 | 75.00 |
| Rush Fee (Statewide) | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $368.75 |

**BALANCE DUE:**                                          $368.75

OK-pl3 pay.
DR.
6/11/09

Please make check payable to - EAGLE LEGAL SERVICES  LATE PAYMENT POLICY -

$5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3k

## Composite Attachment "B"

## FEES FOR THE COURT REPORTER FOR ALL OR ANY PART
## OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE

| DATE | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/16/09 | Wierzbicki & Stephenson | inv. 56911 - appearance and transcript of the deposition of Patricia Skelly | $1,332.50 |
| 6/1/09 | Canyon State Reporting Services, LLC | inv. 2099-JK- transcript of deposition of Michael Brave | $254.60 |
| 6/1/09 | Daniels & Rackard Reporting | inv. AJ9-360b - transcripts of depositions of Tracy Braxton; Katheryn Macchi; Nolan Haynes; Dennis Fields | $399.00 |
| 6/2/09 | Daniels & Rackard Reporting | inv. SR9-356b - transcripts of depositions of bob Morales; Eddie Wells; Patricia Mabou; Larry Caskey and Paul Lawson | $409.50 |
| 6/2/09 | Wierzbicki & Stephenson | inv. 57427 - appearance and transcripts of depositions of Jitendra Patel and Matthew Aimanovich; copy of transcript of Robert Andrus | $607.75 |
| 6/5/09 | Wierzbicki & Stephenson | inv. 57469 - appearance and transcripts of depositions of Karen Moye, Teresa White and Alan Ratcliff | $555.75 |
| 7/28/09 | Bozeman, Jenkins & Matthews | duplicate of video depo of Plaintiff | $85.00 |
|  |  | **T O T A L** | **$3,644.10** |

# WIERZBICKI & STEPHENSON

## Invoice

Registered Professional Reporters

REMIT TO:

220 West Garden Street
Suite 801, SunTrust Tower
Pensacola, Florida 32502

850/438-0503 • Fax 850/433-2430 • wsreporting@bellsouth.net

Paradise Village
348 Miracle Strip Parkway, Suite 11
Ft. Walton Beach, FL 32548
(850) 244-1964 • Fax (850) 244-1572

### BILL TO:

Roper & Roper, P.A.
116 N. Park Avenue
Apopka, FL 32703

### INVOICE #

56911

### DATE:

4/16/2009

MW/hb

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Appearance of reporter for the deposition of Patricia Skelly taken on 3/25/09 from 11:15am - 5:15pm | 200.00 | 200.00 |
| O&1cc of 233 pages @ $4.50 PP for deposition transcript of same | 4.50 | 1,048.50 |
| 18 Exhibits Color (2 sets) | 1.50 | 54.00 |
| Microcopy complimentary | 0.00 | 0.00 |
| CD of same | 15.00 | 15.00 |
| Postage & Handling | 15.00 | 15.00 |

Skelly vs. Okaloosa County, et al, 54981, 3/25/09

Thank you for your business, Michael Wierzbicki

Payment Due Upon Receipt

$1,332.50

Please remit Yellow with Payment

# Canyon State Reporting Services, LLC

**2415 East Camelback Road, Ste. 700**
**Phoenix, AZ 85016**
*(602) 277-8882*
*(602) 277-5576 - FAX*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/1/2009 | 2099-JK |

| TO: |
|-----|
| Roper & Roper, P.A.<br>Andrew I. Dayes, Esq.<br>116 North Park Avenue<br>Apopka, Florida 32703 |

| Case/Witness/Date |
|-------------------|
| Skelly vs. Okaloosa County<br>3:08-cv-428-MCR/MD<br>Michael Brave<br>May 18, 2009 |

| REPORTER | TERMS | Tax ID # | JOB # |
|----------|-------|----------|-------|
| Shelley Plate | Due on rcpt |  | 4007-S |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 88 | One Copy (Includes full size, ASCII, E-Transcript, and mini transcript with index) | 2.70 | 237.60 |
| 1 | Binding & Processing | 5.00 | 5.00 |
| 1 | Fed Ex Delivery | 12.00 | 12.00 |

OK, f13 por
DR
6/11/09

To ensure proper credit, please return one copy with remittance or indicate invoice number on check.  THANK YOU!

Thank you for your business.

| **Total** | **$254.60** |
|-----------|-------------|

# Daniels & Rackard Reporting

8 Racetrack Road, NW
Fort Walton Beach, FL 32547

Tel:  (850) 864-DEPO
Fax: (850) 864-5600
Email: depos@cox.net

## INVOICE

June 1, 2009
Invoice No.   AJ9-360b

**Bill To:**
Donovan Roper, Esquire
Roper & Roper,  P.A.
116 North Park Avenue
Apopka, Florida  32703

*Payable upon receipt*

**Please make checks payable to:**
Daniels & Rackard Reporting
Include Invoice number on check

| Case: | Patraicia M. Skelly vs Okaloosa County, Florida Board of County Commissioners | Case No. | 3:08 cv-428-MCR/MD |
|---|---|---|---|

### _Taken: May 22, 2009_

| Deposition of: | **Tracy Braxton** | | | |
|---|---|---|---|---|
| Transcript, one copy | | | | |
| ▪ Pages - | 73 | @ | 2.10 | $153.30 |
| Exhibit Copies, B&W | 4 | @ | 0.35 | $1.40 |
| **Deposition of:** | **Katheryn Macchi** | | | |
| Transcript, one copy | | | | |
| ▪ Pages - | 17 | @ | 2.10 | $35.70 |
| **Deposition of:** | **Nolan Haynes** | | | |
| Transcript, one copy | | | | |
| ▪ Pages - | 63 | @ | 2.10 | $132.30 |
| Exhibit Copies, B&W | 2 | @ | 0.35 | $0.70 |
| **Deposition of:** | **Dennis Fields** | | | |
| Transcript, one copy | | | | |
| ▪ Pages - | 36 | @ | 2.10 | $75.60 |

*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

**\*\*** *Free condensed transcript and all word index included!*

**TOTAL**                              **$399.00**

*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

# Daniels & Rackard Reporting

8 Racetrack Road, NW
Fort Walton Beach, FL 32547

Tel: (850) 864-DEPO
Fax: (850) 864-5600
Email: depos@cox.net

## INVOICE

**June 2, 2009**
**Invoice No.** SR9-356b

**Bill To:**
Donovan Roper, Esquire
Roper & Roper, P.A.
116 North Park Avenue
Apopka, Florida 32703

*Payable upon receipt*

**Please make checks payable to:**
Daniels & Rackard Reporting
Include Invoice number on check

| Case: | Patricia M. Skelly vs Okaloosa County Florida Board of County Commissioners | Case No. | 3:08-cv-428-MCR/MD |
| --- | --- | --- | --- |

### *Taken: May 21, 2009*

**Deposition of:** Bob Morales

| | | | | |
| --- | --- | --- | --- | --- |
| Transcript, one copy • Pages - | 27 | @ | 2.10 | $56.70 |
| Exhibit Copies, B&W | 10 | @ | 0.35 | $3.50 |

**Deposition of:** Eddie Wells

| | | | | |
| --- | --- | --- | --- | --- |
| Transcript, one copy • Pages - | 46 | @ | 2.10 | $96.60 |
| Exhibit Copies, B&W | 3 | @ | 0.35 | $1.05 |

**Deposition of:** Patricia Mabou

| | | | | |
| --- | --- | --- | --- | --- |
| Transcript, one copy • Pages - | 31 | @ | 2.10 | $65.10 |
| Exhibit Copies, B&W | 1 | @ | 0.35 | $0.35 |

**Deposition of:** Larry Caskey

| | | | | |
| --- | --- | --- | --- | --- |
| Transcript, one copy • Pages - | 43 | @ | 2.10 | $90.30 |
| Exhibit Copies, B&W | 9 | @ | 0.35 | $3.15 |

*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

**Deposition of:**     **Paul Lawson**

Transcript, one copy
    • Pages -             43        @        2.10      $90.30

Exhibit Copies, B&W        7        @        0.35       $2.45

                                  **TOTAL**                  **$409.50**

*If you have any questions concerning this invoice, please contact:*
*(850) 864-DEPO*
*Thank you for your business!*

# WIERZBICKI & STEPHENSON

## Registered Professional Reporters

# Invoice

REMIT TO:

220 West Garden Street
Suite 801, SunTrust Tower
Pensacola, Florida 32502
850/438-0503 • Fax 850/433-2430 • wsreporting@bellsouth.net

Paradise Village
348 Miracle Strip Parkway, Suite 11
Ft. Walton Beach, FL 32548
(850) 244-1964 • Fax (850) 244-1572

## BILL TO:

Donovan Roper, Esquire
Roper & Roper, P.A.
116 N. Park Avenue
Apopka, FL 32703

### INVOICE #

57469

### DATE:

6/5/2009

LW/hb/ofc

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Appearance of reporter for the depositions of Karen Moye, Teresa White & Alan Ratcliff taken on 5/27/09 from 10am - 12:50pm | 110.00 | 110.00 |
| O&1cc of 82 pages @ $5.25 PP for the expedited deposition transcripts of same | 5.25 | 430.50 |
| 1 Exhibit (Report Exhibit 1 to Alan Ratcliff's Deposition never received by witness - will forward if received) | 0.25 | 0.25 |
| Microcopy complimentary | 0.00 | 0.00 |
| CD of same | 15.00 | 15.00 |
| (Transcripts sent Fedex per acct number provided) | | |

Skelly vs. Okaloosa County, 55421, 5/27/09

OK - P13/09
DR.
6/11/09

Thank you for your business.

Payment Due Upon Receipt

$555.75

**Please remit Yellow with Payment**

# WIERZBICKI & STEPHENSON

### Registered Professional Reporters

# Invoice

REMIT TO:

220 West Garden Street
Suite 801, SunTrust Tower
Pensacola, Florida 32502

850/438-0503 • Fax 850/433-2430 • wsreporting@bellsouth.net

Paradise Village
348 Miracle Strip Parkway, Suite 11
Ft. Walton Beach, FL 32548
(850) 244-1964 • Fax (850) 244-1572

## BILL TO:

Donovan Roper, Esquire
Roper & Roper, P.A.
116 N. Park Avenue
Apopka, FL 32703

## INVOICE #

57427          AUG 3 1 2009

## DATE:

6/2/2009

TS/hb

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Appearance of reporter for the depositions of Jitendra Patel & Matthew Aimanovich taken on 5/26/09 from 1:10pm - 3:30pm | 95.00 | 95.00 |
| O&1cc of 60 pages @ $6.25 PP for the expedited deposition transcripts of same | 6.25 | 375.00 |
| 1cc of 54 pages @ $2.25 PP for the deposition transcript of Robert Andrus taken on 5/26/09 | 2.25 | 121.50 |
| 5 Exhibits | 0.25 | 1.25 |
| Microcopy complimentary | 0.00 | 0.00 |
| CD of same | 15.00 | 15.00 |

(Transcripts sent Fedex per acct number provided)

Skelly vs. Okaloosa County, 55410, 5/26/09

Past Due
Net 10 Days
Thank You !

Thank you for your business, Patricia Stephens
Payment Due Upon Receipt

$607.75

**Please remit Yellow with Payment**

# BOZEMAN, JENKINS & MATTHEWS, P.A.
## ATTORNEYS AT LAW
114 E. GREGORY STREET
PENSACOLA, FLORIDA  32502
(850) 434-6223 telephone
(850) 434-5242 facsimile

================================================================================

July 28, 2009

Andrew I. Dayes, Esq.
Roper & Roper, PA
116 N. Park Avenue
Apopka, Fl 32703

> Re:  Our File No.:  124.99
> PATRICIA M. SKELLY v. OKALOOSA COUNTY, FLORIDA BOARD OF COUNTY
> COMMISSIONERS, in its official capacity, NOLAN HAYNES, in his individual
> capacity, DENNIS FIELDS, in his individual capacity,


SERVICES RENDERED:

Duplication of Video Deposition of Plaintiff

                              **TOTAL:**      $85.00




Please return a copy of this bill along with your check made
payable to BOZEMAN, JENKINS & MATTHEWS, P.A.

/das

## Composite Attachment "C"

## OTHER COSTS

| DATE | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/1/09 | Internal Revenue Service | Copies of Tax returns from 1999 - 2008 | $570.00 |
| 8/26/09 | Southern Records Management Co. | Copy charges for records from N Okaloosa Medical Center | $30.04 |
| | | **T O T A L** | **$600.04** |

# ROPER & ROPER, P.A.

ATTORNEYS AT LAW
**116 N. Park Avenue**
**Apopka, Florida 32703**

Donovan A. Roper, Esquire
Teresa S. Roper, Esquire
Andrew I. Dayes, Esquire
Angel J. Lamarre, Esquire
Yvonne Patterson, Esquire
Sophia E. Langley, Esquire*
* Of Counsel

Telephone: (407) 884-9944
Facsimile: (407) 884-4343
E-Mail: email@roperandroper.com
Web: www.roperandroper.com

Satellite Offices
in Palatka, Florida

Cynthia A. Todd, Paralegal
Melissa R. Keene, Paralegal

June 1, 2009

Internal Revenue Service
RAIVS Team
P.O. Box 47-421
Stop 91
Doraville, GA 30362

RE:  **Patricia Skelly**


Dear Sir or Madam:

Enclosed please find two Form(s) 4506, Request for Copy of Tax Return, signed by Ms. Skelly.  Also enclosed is our firm check #12696 in the amount of $570.00.  Please forward Ms. Skelly's returns for the years 1999 through 2008 as soon as possible.

Thank you for your assistance in this matter.  Please feel free to contact my paralegal, Cindy Todd, should you have any questions or concerns.

Very truly yours,

DONOVAN A. ROPER

DAR/ct
Enclosures

ROPER & ROPER, P.A.
COST ACCOUNT

**12696**

```
DATE    : May 29/2009
CHE #   : 12696
AMOUNT  : $570.00
ACCOUNT : GENERAL - 1
PAID TO : Internal Revenue Service
```

```
83
Copy Charges for Records /Skelly

CLIENT: 2107 - James Taylor
MATTER: 1333
```

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**12696**

**ROPER & ROPER, P.A.**
COST ACCOUNT
116 N. PARK AVE.
APOPKA, FLORIDA 32703
PHONE: 407-884-9944

BankFIRST

63-1380/631

NUMBER

Five Hundred Seventy ******************************************** 00/100

May 29/2009       $570.00 **AMOUNT**
                  **DATE**

Internal Revenue Service

**PAY**
TO THE
ORDER
OF

Copy Charges for Records /Skelly

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (Rev. October 2008) | ► Do not sign this form unless all applicable lines have been completed.<br>Read the instructions on page 2. | OMB No. 1545-0429 |
| Department of the Treasury<br>Internal Revenue Service | ► Request may be rejected if the form is incomplete, illegible, or any required<br>line was blank at the time of signature. | |

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| PATRICIA M SKELLY | |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |
| | |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

Roper & Roper, P.A.
116 N. Park Avenue
Apopka, FL 32703

**Caution: DO NOT SIGN** this form if a third party requires you to complete Form 4506, and lines 6 and 7 are blank.

**6** **Tax return requested.** (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ►

**Note.** *If the copies must be certified for court or administrative proceedings, check here.* . . . . . . . . . ▢

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| / / 1999 | / / 2000 | / / 2001 | / / 2002 |
|---|---|---|---|
| / / 2003 | / / 2004 | / / 2005 | / / 2006 |

**8** **Fee.** There is a $57 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| a Cost for each return . . . . . . . . . . . . . . . | $ | 57.00 |
|---|---|---|
| b Number of returns requested on line 7 . . . . . . . | | |
| c Total cost. Multiply line 8a by line 8b . . . . . . . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ▢

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

**Sign Here**

| | Telephone number of taxpayer on line 1a or 2a |
|---|---|
| Patricia M Skelly   3/17/09 | |
| Signature (see instructions)   Date | |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| Spouse's signature   Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2. | Cat. No. 41721E | Form **4506** (Rev. 10-2008)

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (Rev. October 2008) | ▶ Do not sign this form unless all applicable lines have been completed. Read the instructions on page 2. | OMB No. 1545-0429 |
| Department of the Treasury Internal Revenue Service | ▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature. | |

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | | |
|---|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. PATRICIA M SKELLY | **1b** First social security number on tax return or employer identification number (see instructions) | |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number if joint tax return | |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

Roper & Roper, P.A.
116 N. Park Avenue
Apopka, FL 32703

**Caution:** *DO NOT SIGN* this form if a third party requires you to complete Form 4506, and lines 6 and 7 are blank.

**6** **Tax return requested.** (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

**Note.** *If the copies must be certified for court or administrative proceedings, check here.* . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

1 / 1 / 2007     1 / 1 / 2008     __ / __ / ____     __ / __ / ____

__ / __ / ____     __ / __ / ____     __ / __ / ____     __ / __ / ____

**8** **Fee.** There is a $57 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| **a** | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 57.00 |
| **b** | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . | | |
| **c** | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . | $ | |
| **9** | If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . | | ☐ |

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

**Sign Here**

▶ Patricia M. Skelly          3/17/09          Telephone number of taxpayer on line 1a or 2a
  **Signature** (see instructions)          Date

▶ _____
  **Title** (if line 1a above is a corporation, partnership, estate, or trust)

▶ _____          _____
  **Spouse's signature**          Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 10-2008)

# I N V O I C E

**Southern Records Management Corp**
Suite 205
1340 Old Chain Bridge Road
McLean, VA  22101

*1333*

08/19/09

## PAST DUE

BOZEMAN, JENKINS & MATTHEWS
ATTN: FRANK C BOZEMAN, III
PO BOX 13105
PENSACOLA, FL  32591

Enclosed are the medical records you requested from
North Okaloosa Medical Center.

Please make your check payable to **Southern Records Management Corp**
and send it to the above address. **DO NOT** send payment to the
medical facility.

Be sure to write the **request number** on your check or return
a copy of this invoice with your payment.

PATRICIA SKELLY ████████████   Request #18647

INVOICED: 04/17/09   INVOICE: **NOM-0904-263**   PRINTED: 08/19/09

| Description        | Qty | Unit Price | Amount |
|--------------------|-----|------------|--------|
| $1.00  Per Page    | 25  | $   1.00   | $   25.00 |
| Retrieval Fee      | 1   | $   1.00   | $    1.00 |
| Postage & Handling |     |            | $    2.48 |
|                    |     | Subtotal   | $   28.48 |
|                    |     | Sales Tax  | $    1.56 |
|                    |     | Total      | $   30.04 |
|                    |     | Balance Due| $   30.04 |



Billing Questions: (703) 356-7969    Request Questions: (850)-689-8159

ALL REC'S AND BILLS