## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

PATRICIA M. SKELLY

        Plaintiff,                        Case No.: 3:08-cv-428-MCR/MD

v.

OKALOOSA COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS, in its
official capacity; NOLAN HAYNES,
in his individual capacity; DENNIS FIELDS, in
his individual capacity;

        Defendants,
_____/

### PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW

Pursuant to N.D. Fla. Loc. R. 11.1 (F), undersigned Plaintiff's counsel request written leave of court to withdraw from further representation of Plaintiff in this proceeding. Required prior notice has been provided to Plaintiff. As grounds for this motion, undersigned counsel have determined that continued representation in this matter would be imprudent and not practical. As further discussion of the underlying reasons for this motion would involve matters of attorney/client privilege, counsel requests that should this court require further explanation of the reasons for this requested withdrawal, that it allow these reasons to be discussed though an *in camera* hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished to Roper & Roper, P.A., 116 N. Park Avenue Apopka, FL 32703 via electronic filing and to Patricia M. Skelly, 9 Monsignor Crosby Ave, Apt. 1, Montpelier, VT 05602 via Federal Express overnight delivery this 6th day of April, 2010.

/s/Robert T. Bleach
Robert T. Bleach
Florida Bar No: 089095
/s/Daniel M. Soloway
Daniel M. Soloway
Florida Bar No.: 508942
Soloway Law Firm
1013 Airport Blvd.
Pensacola, Florida 32504
(850) 471-3300 (T)
(850) 471-3392 (F)
Attorneys for Plaintiff