**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PATRICIA M. SKELLY

    VS                                        CASE NO.  3:08cv428-MCR/MD

OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on April 6, 2010
Motion/Pleadings: PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW
Filed by plaintiff(Attys Bleach & Soloway) on 4/6/2010   Doc.# 158
RESPONSES:

                                      on _____  Doc.# _____
                                      on _____  Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
LC (1 OR 2)     Deputy Clerk

# *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 9th day of April, 2010, that:

    The relief requested is DENIED until after the court rules on defendants' request for attorney fees, unless the plaintiff consents to the withdrawal of counsel, which consent should be filed in writing.

                                  s/ *M. Casey Rodgers*
                                  *M. CASEY RODGERS*
                                  *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.