# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

PATRICIA M. SKELLY

        Plaintiff,                     Case No.: 3:08-cv-428-MCR/MD

v.

OKALOOSA COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS, in its
official capacity; NOLAN HAYNES,
in his individual capacity; DENNIS FIELDS, in
his individual capacity;

        Defendants,
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered in this action on the 23d day of March, 2010 and underlying Order granting summary judgment.

/s/ Patricia M Skelly
Patricia M. Skelly
*Pro Se*
9 Monsignor Crosby Ave, Apt. 1
Montpelier, VT 05602

CLERK
DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

10 APR 19 PM 3:41

FILED