IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA M. SKELLY,

       Plaintiff,

v.                                                      Case No. 3:08cv428/MCR/MD

OKALOOSA COUNTY, FLORIDA
BOARD OF COUNTY COMMISSIONERS,
in its official capacity; NOLAN HAYNES,
in his individual capacity; DENNIS FIELDS,
in his individual capacity,

       Defendants.
_____/

**O R D E R**

       Pursuant to the court's March 1, 2011, order on summary judgment, this case is ready for trial.  Prior to scheduling the trial, counsel are directed to confer personally and notify the Court in writing within five (5) working days of the expected length of the trial and confirm whether this case is to be a trial by judge or jury.  All parties will be notified by separate order of the dates for the pre-trial conference, if necessary, and trial.

       **ORDERED** this 1st day of April, 2011.

                                                  s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS
                                               UNITED STATES DISTRICT JUDGE**